UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODNEY W. GREISING,

        Plaintiff,

v.

OFFICER WILLIAM ASKEW, a Seattle Police Officer, in his individual and official capacity; OFFICER DANIEL BENZ, a Seattle Police Officer, in his individual and official capacity; CHIEF OF POLICE GIL KERLIKOWSKE, in his individual and official capacity; JOHN and JANE DOE #1-5, supervisory Police Officers of the City of Seattle, the identity and number of whom are presently unknown, in their individual and official capacities; RICHARD and JANE ROE #1-5, municipal policymakers of the City of Seattle, the identity and number of whom are presently unknown, in their individual and official capacities; and THE CITY OF SEATTLE, a municipal corporation,

        Defendants.

NO. C 07-00094

King County Superior Court
Cause No.: 06-2-39725-8SEA

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)**
(FEDERAL QUESTION)



07-CV-00094-CMP

TO:    THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

Defendants City of Seattle, Kerlikowske, Askew and Benz hereby give notice that they are removing this case to the United States District Court for the Western District of Washington on the grounds set forth below.

NOTICE OF REMOVAL OF ACTION
TO FEDERAL COURT - 1
3019-28527

**STAFFORD FREY COOPER**

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900 FAX 206.624.6885

1. On December 20, 2006, the above-entitled action was filed by plaintiff against defendants in King County Superior Court under cause number 06-2-39725-8SEA. See Exhibit 1 attached to the Verification of State Court Records.

2. The matter was assigned to The Honorable Cheryl Carey and the Court issued a case scheduling order. See Exhibit 2 attached to the Verification of State Court Records.

3. On or about December 21, Defendants City of Seattle and Chief R. Gil Kerlikowske were served with plaintiff's Summons and Complaint. See Exhibit 3 and Exhibit 4 attached to the Verification of State Court Records.

4. On or about December 27, 2006, Defendant William Askew was served with plaintiff's Summons and Complaint. See Exhibit 5 attached to the Verification of State Court Records.

5. Defendant City of Seattle filed a Notice of Appearance in King County Superior Court on or about January 4, 2007. See Exhibit 6 attached to the Verification of State Court Records.

6. On or about January 8, 2007, Defendants Kerlikowske, Askew and Benz filed a Notice of Appearance in King County Superior Court. See Exhibit 7 attached to the Verification of State Court Records.

7. Defendants City of Seattle, Kerlikowske, Askew and Benz are represented by Stafford Frey Cooper, P.C. and join in this removal (without waiving insufficiency of service or process of service).

8. There have been no further proceedings in this action.

NOTICE OF REMOVAL OF ACTION
TO FEDERAL COURT- 2
3019-28527

**STAFFORD FREY COOPER**

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

9. Under the express terms of the complaint, plaintiff Rodney Greising alleges Constitutional claims including claims for civil rights violations under 42 U.S.C. § 1983.

10. The claims for a violation of 42 U.S.C. § 1983 arise under and are controlled by the laws and the Constitution of the United States and therefore fall within the original jurisdiction of the United States District Court. See 28 U.S.C. §§ 1331, 1343, & 1441(b). The entire case may be removed to the United States District Court for determination of all issues. See 28 U.S.C. § 1441(c).

11. Defendants have filed this Notice of Removal within thirty days after receipt, through service or otherwise, of a copy of plaintiff's Complaint. See 28 U.S.C. § 1446(b).

12. This Court is the district court of the United States for the district and division embracing the place where the state court action is currently pending. See 28 U.S.C. § 1441(a).

WHEREFORE, defendants hereby give notice that the civil action in King County Superior Court, State of Washington has been removed from that Court to the United States District Court for the Western District of Washington at Seattle.

NOTICE OF REMOVAL OF ACTION
TO FEDERAL COURT- 3
3019-2852/

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1  DATED this 19th day of January, 2007 at Seattle, Washington.

2

3  STAFFORD FREY COOPER
   *Professional Corporation*

4

5  By: _____
       Stephen P. Larson, WSBA #4959
6      Karen L. Cobb, WSBA #34958
       Attorneys for Defendants

7

NOTICE OF REMOVAL OF ACTION
TO FEDERAL COURT- 4
3019-28527

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900  FAX 206.624.6885

## Certificate of Service

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** on the following individual:

John J. Kannin, WSBA# 27315
Kannin Law Firm, PS
18010 Southcenter Parkway
Tukwila, WA 98188-4630
(206) 574-0202
FAX: (206) 574-0101
E-Mail: john@kanninlaw.com

*Attorney for Plaintiff Rodney Greising*

[ ] Via Facsimile
[ ] Via First Class Mail
[X] Via Messenger

DATED this 19th day of January, 2007, at Seattle, Washington.

*/s/ Dori M. Mashburn*

Dori M. Mashburn
Paralegal to Stephen Larson, Anne Bremner and Ted Buck

NOTICE OF REMOVAL OF ACTION
TO FEDERAL COURT- 5
3019-28527

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

The Honorable Cheryl Carey

SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY

| | |
|---|---|
| RODNEY W. GREISING,<br><br>Plaintiff,<br>v.<br><br>OFFICER WILLIAM ASKEW, a Seattle Police Officer, in his individual and official capacity; OFFICER DANIEL BENZ, a Seattle Police Officer, in his individual and official capacity; CHIEF OF POLICE GIL KERLIKOWSKE, in his individual and official capacity; JOHN and JANE DOE #1-5, supervisory Police Officers of the City of Seattle, the identity and number of whom are presently unknown, in their individual and official capacities; RICHARD and JANE ROE #1-5, municipal policymakers of the City of Seattle, the identity and number of whom are presently unknown, in their individual and official capacities; and THE CITY OF SEATTLE, a municipal corporation,<br><br>Defendants. | NO. 06-2-39725-8SEA<br><br>**NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT**<br><br>[CLERK'S ACTION REQUIRED] |

TO:         The Clerk of the Above-Entitled Court;

AND TO:  Rodney W. Greising, Plaintiff;

AND TO:  John Kannin, Attorney for Plaintiff:

Please take notice that on the 19th day of January, 2007, defendants City of Seattle, Chief R. Gil Kerlikowske, Officer William Askew and Officer Daniel Benz filed

NOTICE TO SUPERIOR COURT OF
FEDERAL COURT REMOVAL- 1
3019-28527

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

1 with the United States District Court for the Western District of Washington at Seattle a
2 *Notice of Removal* of the action brought in the Superior Court of Washington for King
3 County, Cause No. 06-2-39725-8SEA.

4     A true and correct copy of Defendants' Notice of Removal of Action is attached
5 hereto.

6     DATED this 19th day of January, 2007 at Seattle, Washington.

7                STAFFORD FREY COOPER
                *Professional Corporation*

By: _____
Stephen P. Larson, WSBA #4959
Karen L. Cobb, WSBA #34958
Attorneys for Defendants

NOTICE TO SUPERIOR COURT OF
FEDERAL COURT REMOVAL- 2
3019-28527

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

## Certificate of Service

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I caused to be served in the manner noted below a copy of this document entitled **NOTICE TO SUPERIOR COURT OF REMOVAL TO FEDERAL COURT** on the following individual:

John J. Kannin, WSBA# 27315
Kannin Law Firm, PS
18010 Southcenter Parkway
Tukwila, WA 98188-4630
(206) 574-0202
FAX: (206) 574-0101
E-Mail: john@kanninlaw.com

*Attorney for Plaintiff Rodney Greising*

[ ] Via Facsimile
[ ] Via First Class Mail
[X] Via Messenger for Hand Delivery

DATED this 19th day of January, 2007, at Seattle, Washington.

*Dori M. Mashburn*

Dori M. Mashburn
Paralegal to Stephen Larson, Anne Bremner and Ted Buck

NOTICE TO SUPERIOR COURT OF
FEDERAL COURT REMOVAL- 3
3019-28527

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885